UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Rick W. Slatinski,

Plaintiff,

vs. ORDER

Aspen Equipment Company, Bombardier, Inc., Bombardier Corp., ABC Corp., John Doe,

Defendants. Civ. No. 00-2390 (DDA/RLE)

* * * * * * * * * * * * * * * * * *

To: Michael Anthony Jaksa, Shermoen LeDuc & Jaksa, 345 6th Ave., P. O. Box 1072, International Falls, MN 56649

At Duluth, in the District of Minnesota, this 29th day of November, 2000.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

It appears that more than 20 days have elapsed since this action was removed from the St. Louis County District Court, and that no appearance has been entered by the Defendants John Doe, and ABC Corporation.

8

NOV 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by opposing counsel, the Court does not permit counsel, by agreement, to extend the time for filing an Answer or some other responsive pleading.

NOW THEREFORE, It is --

ORDERED:

That counsel for the Plaintiff is directed to:

1. Notify the Defendants John Doe, and ABC Corporation, immediately that they are required to serve and file their Answers or some other responsive pleading, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no responses are filed;

2. File an application for entry of default unless the required pleadings are filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

Unless the Plaintiff's counsel complies with this Order within 20 days of this date, this case may be dismissed, with respect to these Defendants, for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE