UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Rick W. Slatinski,

Plaintiff,

vs. ORDER

Aspen Equipment Company,
Bombardier, Inc., Bombadier
Corp., ABC Corp., John Doe,

Defendants. Civ. No. 00-2390 (DDA/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of November, 2000.

* * *

On November 29, 2000, we issued an Order directing Plaintiff's counsel to address the failure of the Defendants John Doe, and ABC Corporation, to answer, or to otherwise respond to the Plaintiff's Complaint. The Order was improvidently issued and, sua sponte, is hereby VACATED.

NOW, THEREFORE, It is --

ORDERED:

That the Court's Order of November 29, 2000, is VACATED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED NOV 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK