UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ricky W. Slatinski,

Plaintiff,

vs.

Aspen Equipment Company,
a Minnesota corporation,
Bombardier, Inc., a Canadian corporation,
Bombardier Corporation, an Idaho corporation,
and ABC Corporation and John Doe.

Defendants.

File No. CV 00-2390 DAA/RLE

**STIPULATION AND ORDER**

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff, defendants Bombardier, Inc. and Bombardier Corporation, and defendant Aspen Equipment Company, through their respective undersigned attorneys:

1. All documents, including, but not limited to, depositions, transcripts, exhibits, etc., produced during discovery and/or filed in the case of Mark Morgan, as Trustee for the Heirs and Next of Kin of William Morgan, deceased v. Aspen Equipment Company, a Minnesota corporation, ABC Corporation and John Doe, and Bombardier

FILED DEC 0 8 2000
FRANCIS E. DOSAL, CLERK

Corporation, an Idaho corporation, File No. CV 99-419 JRT/RLE, United States District Court, District of Minnesota, will be considered produced in terms of discovery in the above captioned case.

2. All documents provided by plaintiff to defendants in this matter prior to the commencement of this suit shall be considered produced in terms of discovery in this matter.

COLLINS, BUCKLEY, SAUNTRY
& HAUGH PLLP

Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-0611
**Attorneys for Plaintiff**
**Ricky W. Slatinski**

Dated: 11-29-00

DORSEY & WHITNEY LLP

Robert A. Schwartzbauer (#98115)
Peter W. Sipkins (#101540)
Paul J. Robbennolt (#240497)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864
**Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation**

Dated: ______________________

HANFT FRIDE

Timothy A. Strom (#171426)
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766
**Attorneys for Aspen Equipment Company**

Dated: ______________________

Corporation, an Idaho corporation, File No. CV 99-419 JRT/RLE, United States District Court, District of Minnesota, will be considered produced in terms of discovery in the above captioned case.

2. All documents provided by plaintiff to defendants in this matter prior to the commencement of this suit shall be considered produced in terms of discovery in this matter.

COLLINS, BUCKLEY, SAUNTRY
& HAUGH PLLP

______________________
Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-0611
**Attorneys for Plaintiff**
**Ricky W. Slatinski**

Dated: ______________________

DORSEY & WHITNEY LLP

Paul Robbennolt
Robert A. Schwartzbauer (#98115)
Peter W. Sipkins (#101540)
Paul J. Robbennolt (#240497)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864
**Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation**

Dated: December 3, 2000

HANFT FRIDE

______________________
Timothy A. Strom (#171426)
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766
**Attorneys for Aspen Equipment Company**

Dated: Nov. 6, 2000

**ORDER**

Based on the Stipulation of the parties, the above is so ordered.

Dated: 12/8/00

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge