UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ricky W. Slatinski,

Plaintiff,

and

Special Compensation Fund,

Plaintiff in Intervention,

vs.

Aspen Equipment Company, a Minnesota corporation, Bombardier, Inc., a Canadian corporation, Bombardier Corporation, an Idaho corporation, and ABC Corporation and John Doe.

Defendants.

File No. CV 00-2390 DDA/RLE

**STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES**

**STIPULATION**

WHEREAS the Scheduling Order in this matter provides that all motions that seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before June 1, 2001; and

WHEREAS defendants have requested the plaintiffs' consent to add certain parties to this suit as third-party defendants; and

WHEREAS plaintiff Special Compensation Fund agreed to defendants' request, but plaintiff Ricky W. Slatinski did not agree; and

(27) (28)

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS defendants wish to move the Court for leave to add certain parties to this suit as third-party defendants, and the parties wish to have the Court hear that motion; and

WHEREAS defendants have scheduled a hearing on their motion to take place on June 21, 2001; now, therefore,

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiffs Ricky W. Slatinski and Special Compensation Fund, defendants Bombardier, Inc. and Bombardier Corporation, and defendant Aspen Equipment Company, through their respective undersigned attorneys:

1. That the deadline by which all motions that seek to amend the pleadings or add parties must be filed and the hearing thereon completed may be extended from June 1, 2001, to July 1, 2001.

COLLINS, BUCKLEY, SAUNTRY
& HAUGH PLLP

[signature]

Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-0611
**Attorneys for Plaintiff Ricky W. Slatinski**

Dated: 5-24-01

DORSEY & WHITNEY LLP

Peter W. Sipkins (#101540)
Paul J. Robbennolt (#240497)
Scott Stearns
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864
**Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation**

Dated: ____________________

WHEREAS defendants wish to move the Court for leave to add certain parties to this suit as third-party defendants, and the parties wish to have the Court hear that motion; and

WHEREAS defendants have scheduled a hearing on their motion to take place on June 21, 2001; now, therefore,

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiffs Ricky W. Slatinski and Special Compensation Fund, defendants Bombardier, Inc. and Bombardier Corporation, and defendant Aspen Equipment Company, through their respective undersigned attorneys:

1. That the deadline by which all motions that seek to amend the pleadings or add parties must be filed and the hearing thereon completed may be extended from June 1, 2001, to July 1, 2001.

COLLINS, BUCKLEY, SAUNTRY
& HAUGH PLLP

____________________________

Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-0611
**Attorneys for Plaintiff**
**Ricky W. Slatinski**

Dated: __________________

DORSEY & WHITNEY LLP

Paul J. Robbennolt

Peter W. Sipkins (#101540)
Paul J. Robbennolt (#240497)
Scott Stearns
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864
**Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation**

Dated: 5/25/01

HANFT FRIDE O'BRIEN HARRIES SWELBAR

Timothy A. Strom (#171426)
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766
**Attorneys for Aspen Equipment Company**

Dated: May 24, 2001

BRUCE W. LARSON

Bruce W. Larson
3905 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2203
**Attorney for Special Compensation Fund**

Dated: ______________________

HANFT FRIDE O'BRIEN HARRIES SWELBAR

Timothy A. Strom (#171426)
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766
**Attorneys for Aspen Equipment Company**

Dated: ____________________

BRUCE W. LARSON

Bruce W. Larson
3905 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2203
**Attorney for Special Compensation Fund**

Dated: 5-24-01

IT IS SO ORDERED.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge

DATED: May 29, 2001
At Duluth, Minnesota