UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ricky W. Slatinski,

Plaintiff,

and

Special Compensation Fund,

Plaintiff in Intervention,

vs.

Aspen Equipment Company,
a Minnesota corporation,
Bombardier, Inc., a Canadian corporation,
Bombardier Corporation, an Idaho corporation,
and ABC Corporation and John Doe.

Defendants.

File No. CV 00-2390 DDA/RLE

**STIPULATION AND ORDER TO ADD THIRD-PARTY DEFENDANT**

**STIPULATION**

WHEREAS defendants have requested the plaintiffs' consent to add the Kabetogama Ash River Snowdrifters Snowmobile Club to this suit as a third-party defendant and the plaintiffs have agreed to defendants' request;

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiffs Ricky W. Slatinski and the Special Compensation Fund, defendants Bombardier, Inc. and Bombardier Corporation, and defendant Aspen Equipment Company, through their respective undersigned attorneys:

1. That the defendants can add as a third-party defendant the Kabetogama Ash River Snowdrifters Snowmobile Club.

JUN 13 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

COLLINS, BUCKLEY, SAUNTRY
& HAUGH PLLP

Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-0611

**Attorneys for Plaintiff Ricky W. Slatinski**

Dated: 6-7-01

HANFT FRIDE

Timothy A. Strom (#171426)
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766

**Attorneys for Aspen Equipment Company**

Dated: ______________

DORSEY & WHITNEY LLP

Peter W. Sipkins (#101540)
Paul J. Robbennolt (#240497)
Scott Stearns (MT #4719)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864

**Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation**

Dated: ______________

BRUCE W. LARSON

Bruce W. Larson
3905 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2203

**Attorney for the Special Compensation Fund**

Dated: ______________

COLLINS, BUCKLEY, SAUNTRY & HAUGH PLLP

______________________
Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-0611

**Attorneys for Plaintiff Ricky W. Slatinski**

Dated: ______________________

HANFT FRIDE

______________________
Timothy A. Strom (#171426)
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766

**Attorneys for Aspen Equipment Company**

Dated: June 8, 2001

DORSEY & WHITNEY LLP

______________________
Peter W. Sipkins (#101540)
Paul J. Robbennolt (#240497)
Scott Stearns (MT #4719)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864

**Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation**

Dated: ______________________

BRUCE W. LARSON

______________________
Bruce W. Larson
3905 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2203

**Attorney for the Special Compensation Fund**

Dated: ______________________

COLLINS, BUCKLEY, SAUNTRY
& HAUGH PLLP

______________________
Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-0611

**Attorneys for Plaintiff**
**Ricky W. Slatinski**

Dated: ______________

HANFT FRIDE

______________________
Timothy A. Strom (#171426)
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766

**Attorneys for Aspen Equipment Company**

Dated: ______________

DORSEY & WHITNEY LLP

Paul Robbennolt
______________________
Peter W. Sipkins (#101540)
Paul J. Robbennolt (#240497)
Scott Stearns (MT #4719)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864

**Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation**

Dated: 6/11/01

BRUCE W. LARSON

______________________
Bruce W. Larson
3905 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2203

**Attorney for the Special Compensation Fund**

Dated: ______________

COLLINS, BUCKLEY, SAUNTRY
& HAUGH PLLP

Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-0611

**Attorneys for Plaintiff**
**Ricky W. Slatinski**

Dated: ____________________

HANFT FRIDE

Timothy A. Strom (#171426)
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766

**Attorneys for Aspen Equipment Company**

Dated: ____________________

DORSEY & WHITNEY LLP

Peter W. Sipkins (#101540)
Paul J. Robbennolt (#240497)
Scott Stearns (MT #4719)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864

**Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation**

Dated: ____________________

BRUCE W. LARSON

Bruce W. Larson
3905 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2203

**Attorney for the Special Compensation Fund**

Dated: 6-7-01

**ORDER**

Based on the Stipulation of the parties, the above is so ordered.

Dated: JUN 13 2001

BY THE COURT:

Raymond L. Erickson

The Honorable Judge Raymond Erickson
Magistrate Judge of the United States
District Court, District of Minnesota