UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ricky W. Slatinski and the Special Compensation Fund,

Plaintiffs,

v.

Aspen Equipment Company, a Minnesota corporation, Bombardier, Inc., a Canadian corporation, Bombardier Corporation, an Idaho corporation, and ABC Corporation and John Doe,

Defendants.

Civil File No. File No. CV 00-2390 DDA/RLE

**STIPULATION AND ORDER CONCERNING DEPOSITIONS OF EMPLOYEES OF BOMBARDIER INC. AND BOMBARDIER CORPORATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff, Ricky W. Slatinski, and defendants Bombardier Inc. and Bombardier Corporation, through their respective undersigned attorneys:

1. Plaintiff Ricky W. Slatinski will not be required to submit letters rogatory in order to depose employees of Bombardier Inc. or Bombardier Corporation who do not live or work in the United States;

2. All depositions of employees of Bombardier Inc. and Bombardier Corporation who do not live or work in the United States will be conducted in Montreal, Canada, or any other convenient city for the employee as determined by Bombardier Inc. or Bombardier Corporation; and

3. Bombardier only stipulates to waiver of the letters rogatory process and reserves all other objections to depositions noticed by plaintiffs in this matter.

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 6-7-, 2001

COLLINS BUCKLEY SAUNTRY
& HAUGH PLLP

By [signature]
Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-00611
Attorneys for Plaintiff Ricky W. Slatinski

Dated: ____________, 2001

DORSEY & WHITNEY LLP

By ____________________

Peter W. Sipkins (#101540)
Paul J. Robbennolt (#540497)
Scott Stearns
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Attorneys for Defendant Bombardier, Inc., a Canadian corporation, Bombardier Corporation, an Idaho corporation

Dated: ____________,2001

COLLINS BUCKLEY SAUNTRY
& HAUGH PLLP

By ______________________________
Thomas J. Germscheid (#12396)
W-1100 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-00611
Attorneys for Plaintiff Ricky W. Slatinski

Dated: 6/11/01, 2001

DORSEY & WHITNEY LLP

By Paul Robbennolt
Peter W. Sipkins (#101540)
Paul J. Robbennolt (#540497)
Scott Stearns
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Attorneys for Defendant Bombardier, Inc., a Canadian corporation, Bombardier Corporation, an Idaho corporation

**ORDER**

Based on the Stipulation of the parties, the above is so ordered.

Dated: JUN 13 2001, 2001.

Raymond L. Erickson

The Honorable Raymond L. Erickson
United States District Judge