UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ricky W. Slatinski,

Plaintiff,

vs.

Aspen Equipment Company,
a Minnesota corporation,
Bombardier, Inc., a Canadian Corporation,
Bombardier Corporation, an Idaho Corporation, and
ABC Corporation and John Doe.

Defendants.

File No. CV 00-2390 DDA/RLE

**STIPULATION AND ORDER TO AMEND PRE-TRIAL SCHEDULE ON EXPERT WITNESS TESTIMONY**

STIPULATION

WHEREAS Plaintiff Ricky Slatinski has requested the Defendants to consent to amend the Pre-Trial Scheduling Order paragraph VI to give one additional month for psychological or neuropsychological expert disclosures, in view of recent vocational findings, and expected medical or psychological referrals, and treatment. Defendants have agreed to extend on the condition that the one month delay applies to all experts, and includes the one month delay for rebuttal experts;

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs Ricky W. Slatinski and the Special Compensation Fund. Defendants Bombardier, Inc., and Bombardier Corporation. and Defendant Aspen Equipment Company, through their respective undersigned attorneys:

1. That the Pre-Trial Schedule, Paragraph VI, is amended to extend the period for expert witness testimony one month, and is amended as follows:



FILED JUN 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Plaintiff's disclosures shall be made on or before August 1, 2001. The Defendant's disclosures shall be made on or before August 1, 2001. Any disclosures of rebuttal experts shall be made on or before October 1, 2001.

2. In all other respects the Pre-Trial Schedule shall remain in full force and effect.

COLLINS, BUCKLEY, SAUNTRY & HAUGH, P.L.L.P.

Dated: 6-21-01

BY: ______________________
THOMAS J. GERMSCHEID
Attorneys for Plaintiff
W-1100 First National Bank Building
St. Paul, Minnesota 55101
Telephone: 651/227-0611
Attorney Registration No.: 123961

Dated: June 21, 2001

BY: ______________________
TIMOTHY A. STROM
Attorneys for Aspen Equipment Company
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766
Attorney Registration No. 171426

Dated: ______________________

BY: ______________________
PETER W. SIPKINS (#101540)
PAUL J. ROBBENNOLT (#240497)
Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864

Dated: ______________________

BY: ______________________
BRUCE LARSON
Attorneys for the Special Compensation Fund
3905 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2203

The Plaintiff's disclosures shall be made on or before August 1, 2001. The Defendant's disclosures shall be made on or before August 1, 2001. Any disclosures of rebuttal experts shall be made on or before October 1, 2001.

2. In all other respects the Pre-Trial Schedule shall remain in full force and effect.

COLLINS, BUCKLEY, SAUNTRY & HAUGH, P.L.L.P.

Dated: 6-21-01

BY: [signature]
THOMAS J. GERMSCHEID
Attorneys for Plaintiff
W-1100 First National Bank Building
St. Paul, Minnesota 55101
Telephone: 651/227-0611
Attorney Registration No.: 123961

Dated: ______

BY: ______
TIMOTHY A. STROM
Attorneys for Aspen Equipment Company
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766
Attorney Registration No. 171426

Dated: 6/21/01

BY: Paul Robbennolt
PETER W. SIPKINS (#101540)
PAUL J. ROBBENNOLT (#240497)
Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864

Dated: ______

BY: ______
BRUCE LARSON
Attorneys for the Special Compensation Fund
3905 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2203

The Plaintiff's disclosures shall be made on or before August 1, 2001. The Defendant's disclosures shall be made on or before August 1, 2001. Any disclosures of rebuttal experts shall be made on or before October 1, 2001.

2. In all other respects the Pre-Trial Schedule shall remain in full force and effect.

COLLINS, BUCKLEY, SAUNTRY & HAUGH, P.L.L.P.

Dated: 6-21-01

BY: [signature]
THOMAS J. GERMSCHEID
Attorneys for Plaintiff
W-1100 First National Bank Building
St. Paul, Minnesota 55101
Telephone: 651/227-0611
Attorney Registration No.: 123961

Dated: ____________

BY: ____________
TIMOTHY A. STROM
Attorneys for Aspen Equipment Company
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
Telephone: (218) 722-4766
Attorney Registration No. 171426

Dated: ____________

BY: ____________
PETER W. SIPKINS (#101540)
PAUL J. ROBBENNOLT (#240497)
Attorneys for Defendants Bombardier, Inc. and Bombardier Corporation
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864

Dated: 6-20-01

BY: [signature]
BRUCE LARSON
Attorneys for the Special Compensation Fund
3905 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2203

**ORDER**

Based on the Stipulation of the parties concerning the Pre-Trial Schedule, the above is so ordered.

Dated: 6/25/01

BY THE COURT:

Raymond L Erickson

The Honorable Judge Raymond Erickson
Magistrate Judge of the United States
District Court, District of Minnesota