**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Rick W. Slatinski and
Special Compensation Fund,

Plaintiffs,

v.

Aspen Equipment Company,
Bombardier Corporation,
ABC Corporation,
John Doe,

Defendants.

00cv2390 (DDA/RLE)

**ORDER FOR DISMISSAL**

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: April 1, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

APR 0 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK